COM.

v.

**HANNIGAN, T.**

**83 MDA 2017**

Superior Court of Pennsylvania.

08/14/2017

CP–66–CR–0000007–2016 (Wyoming)

Affirmed

COM.

v.

**HANNIGAN, T.**

**84 MDA 2017**

Superior Court of Pennsylvania.

08/14/2017

CP–66–CR–0000001–2016 (Wyoming)

Affirmed

COM.

v.

**HANNIGAN, T.**

**85 MDA 2017**

Superior Court of Pennsylvania.

08/14/2017

CP–66–CR–0000522–2015 (Wyoming)

Affirmed

COM.

v.

**HANNIGAN, T.**

**86 MDA 2017**

Superior Court of Pennsylvania.

08/14/2017

CP–66–CR–0000477–2015 (Wyoming)

Affirmed